# Court of Appeals
# of the State of Georgia

ATLANTA, August 31, 2016

*The Court of Appeals hereby passes the following order*

**A17D0012. JAMES PITTS v. JAMES BOYD WILBURN, AS EXECUTOR OF THE ESTATE OF FANNIE RENE PITTS DECEASED et al. .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2015CV265365



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, August 31, 2016.*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*